The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| VOSK INTERNATIONAL CO., | ) | No. 11-1488 RSL |
| Plaintiff, | ) ) | VOSK'S CORPORATE DISCLOSURE STATEMENT |
| vs. | ) ) | |
| ZAO GRUPPA PREDPRIYATIJ OST and ZAO OST AQUA, | ) ) ) | |
| Defendants. | ) ) | |

In accordance with Federal Rule of Civil Procedure 7.1, plaintiff discloses as follows: Vosk International Co. has no corporate parent. No publicly held corporation holds more than 10% of its stock.

DATED this 12th day of September, 2011.

By /s/ Michael G. Atkins
Michael G. Atkins
WSBA# 26026
Atkins Intellectual Property, PLLC
93 South Jackson Street #18483
Seattle, WA 98104-2818
T (206) 628-0983/F (206) 299-3701
E-mail: mike@atkinsip.com
Attorneys for Plaintiff Vosk International Co.

VOSK'S CORPORATE
DISCLOSURE STATEMENT

No. 11-1488 RSL

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I served a true and correct copy of the document as follows:

| | |
|---|---|
| Zao Ost-Aqua<br>Zao Gruppa Predpriyatij Ost<br>Chernogolovka, ul.<br>Trety proyezd d. 16 Noginsky Rayon<br>Moskovskaya obl., 142 432<br>Russia<br><br>Defendants | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Express Mail<br>☐ Facsimile<br>☐ Email<br>☒ ECF |

Dated: September 12, 2011            s/Michael G. Atkins
                                     Michael G. Atkins
                                     WSBA #26026
                                     mike@atkinsip.com
                                     Atkins Intellectual Property, PLLC
                                     93 South Jackson Street #18483
                                     Seattle, WA 98104-2818

VOSK'S CORPORATE
DISCLOSURE STATEMENT

No. 11-1488 RSL

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701