The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOSK INTERNATIONAL CO., | No. 11-1488 RSL |
| Plaintiff, | [PROPOSED] ORDER GRANTING VOSK'S MOTION FOR ALTERNATIVE SERVICE |
| vs. | |
| ZAO GRUPPA PREDPRIYATIJ OST and ZAO OST AQUA, | |
| Defendants. | |

Plaintiff Vosk International Co. ("Vosk") moved the Court under Federal Rule of Civil Procedure 4(f)(3) *ex parte* for leave to serve defendants Zao Gruppa Predpriyatij Ost and Zao Ost Aqua ("Defendants") through Defendants' U.S.-based attorneys.

Having considered Vosk's motion, Defendants' opposition (if any), and Vosk's reply (if any), the pleadings and documents on file in this case, and otherwise deeming itself fully informed, the Court Orders as follows:

1. Vosk's motion is granted.

//
//
//
//
//

[PROPOSED] ORDER GRANTING VOSK'S MOTION FOR ALTERNATIVE SERVICE -- 1
No. 11-1488 RSL

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

2. Vosk is granted leave to serve Defendants by delivering a copy of the summonses and complaint in this case (in English and translated into Russian) as follows: (a) via U.S. Mail and email to Maria Eliseeva, Esq., Houston Eliseeva, LLP, 420 Bedford St., Suite 155, Lexington, MA 02420, Defendants' attorneys in the U.S. Trademark Trial and Appeal Board proceeding from which Vosk now appeals; and (b) via U.S. Mail to Defendants in Russia.

DATED this _____ day of October, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
Michael G. Atkins
WSBA# 26026
Atkins Intellectual Property, PLLC
93 South Jackson Street #18483
Seattle, WA 98104-2818
T (206) 628-0983/F (206) 299-3701
E-mail: mike@atkinsip.com
Attorneys for Plaintiff Vosk International Co.

[PROPOSED] ORDER GRANTING
VOSK'S MOTION FOR ALTERNATIVE
SERVICE -- 2
No. 11-1488 RSL

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

# **CERTIFICATE OF SERVICE**

 I hereby certify that on October 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I served a true and correct copy of the document as follows:

| | |
|---|---|
| Zao Ost-Aqua<br>Zao Gruppa Predpriyatij Ost<br>Chernogolovka, ul.<br>Trety proyezd d. 16 Noginsky Rayon<br>Moskovskaya obl., 142 432<br>Russia<br><br>Defendants | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Express Mail<br>☐ Facsimile<br>☐ Email<br>☐ ECF |
| Maria Eliseeva<br>Houston Eliseeva, LLP<br>420 Bedford St., Suite 155<br>Lexington, MA 02420<br><br>Attorneys for Defendants in TTAB Proceeding | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Express Mail<br>☐ Facsimile<br>☒ Email<br>☐ ECF |

Dated: October 10, 2011

          s/Michael G. Atkins
          Michael G. Atkins
          WSBA #26026
          mike@atkinsip.com
          Atkins Intellectual Property, PLLC
          93 South Jackson Street #18483
          Seattle, WA 98104-2818

[PROPOSED] ORDER GRANTING
VOSK'S MOTION FOR ALTERNATIVE
SERVICE -- 3
No. 11-1488 RSL

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701