The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| VOSK INTERNATIONAL CO., | ) | No. 11-1488 RSL |
| | ) | |
| Plaintiff, | ) | DECLARATION OF MICHAEL ATKINS |
| | ) | |
| vs. | ) | NOTE ON MOTION CALENDAR: |
| | ) | October 11, 2011 |
| ZAO GRUPPA PREDPRIYATIJ OST and | ) | |
| ZAO OST AQUA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Michael G. Atkins deposes and states:

1.     I am attorney of record for plaintiff Vosk International Co.  I make this declaration based on personal knowledge about which I am competent to testify.

2.     Vosk is engaged in the business of marketing, distributing, offering for sale, and selling beverages.  Its principal place of business is located in Bellevue, Washington.

3.     On information and belief, Defendants Zao Gruppa Predpriyatij Ost and Zao Ost Aqua ("Defendants") also are engaged in the business of marketing, distributing, offering for sale, and selling beverages.  On information and belief, their principal place of business is located in Noginsk, Moskovskaya oblast, Russia.

4.     In September 2004, Vosk applied to register three trademarks with the U.S. Patent and Trademark Office: KCTPA-CNTP EXTRA-CIDER and Design (Serial No. 78477812) in

DECLARATION OF MICHAEL ATKINS -- 1

No. 11-1488 RSL

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

International Class 32 in connection with "non-alcoholic beverages, namely sparkling water"; TAPXYH ESTRAGON and Design (Serial No. 78477780) in International Class 32 in connection with "non-alcoholic beverages, namely flavored water"; and DIOWEC DUSHESSE and Design (Serial No. 78485896) in connection with "non-alcoholic beverages, namely flavored sparkling water."

5.      In September, October, and November 2005, the PTO approved Vosk's applications to register its trademarks and published them for opposition.

6.      In January and February 2006, Defendants opposed Vosk's applications (Opposition Nos. 91168423, 91169098, and 91169446), alleging prior use of almost identical trademarks.  Defendants were represented in the proceeding by a number of U.S.-based lawyers. Maria Eliseeva of the Lexington, Massachusetts, law firm of Houston Eliseeva, LLP, argued the case before the TTAB on Defendants' behalf.  Defendants were also represented at the hearing by Washington, D.C., attorney Carla Calcagno of Calcagno Law PLLC, whose whereabouts are currently unknown to Vosk.   A true and correct printout of an excerpt of the U.S. Trademark Trial and Appeal Board's docket for the consolidated opposition proceedings I obtained from the TTAB on October 6, 2011, is attached hereto as Exhibit A.

7.      The TTAB consolidated Defendants' oppositions for trial.  On August 9, 2011, it rendered a decision sustaining the oppositions.

8.      On September 9, 2011, Vosk brought the instant action appealing the TTAB's decision and seeking additional relief against Defendants pursuant to 15 U.S.C. § 1071(b)(1).

9.      As Exhibit A indicates, the TTAB docket shows that Ms. Eliseeva and Houston Eliseeva, LLP, remain Defendants' attorneys of record pending resolution of the instant appeal.

10.     Though Vosk brings this motion *ex parte*, it notified Defendants – both directly and through their U.S. attorneys – that it filed this motion, as Vosk's Certificates of Service indicate.

DECLARATION OF MICHAEL ATKINS -- 2

No. 11-1488 RSL

11.     A true and correct copy of a page that I obtained from the U.S. State Department's website (*http://travel.state.gov/law/judicial/judicial_3831.html*) on October 6, 2011, is attached hereto as Exhibit B.

12.     I swear under penalty of perjury under the laws of the State of Washington and the United States that the foregoing is true and correct.

DATED this 10th day of October, 2011.

_____
Michael G. Atkins

DECLARATION OF MICHAEL ATKINS -- 3

No. 11-1488 RSL

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I served a true and correct copy of the document as follows:

| | |
|---|---|
| Zao Ost-Aqua<br>Zao Gruppa Predpriyatij Ost<br>Chernogolovka, ul.<br>Trety proyezd d. 16 Noginsky Rayon<br>Moskovskaya obl., 142 432<br>Russia<br><br>Defendants | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Express Mail<br>☐ Facsimile<br>☐ Email<br>☐ ECF |
| Maria Eliseeva<br>Houston Eliseeva, LLP<br>420 Bedford St., Suite 155<br>Lexington, MA 02420<br><br>Attorneys for Defendants in TTAB Proceeding | ☒ U.S. Mail, Postage Prepaid<br>☐ Hand Delivered<br>☐ Express Mail<br>☐ Facsimile<br>☒ Email<br>☐ ECF |

Dated: October 11, 2011
          s/Michael G. Atkins
          Michael G. Atkins
          WSBA #26026
          mike@atkinsip.com
          Atkins Intellectual Property, PLLC
          93 South Jackson Street #18483
          Seattle, WA 98104-2818

DECLARATION OF MICHAEL ATKINS -- 4

No. 11-1488 RSL