United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**TTABVUE. Trademark Trial and Appeal Board Inquiry System**   v1.5

# Opposition

**Number:** 91168423  **Filing Date:** 01/03/2006
**Status:** Pending Court Appeal  **Status Date:** 01/05/2006
**Interlocutory Attorney:** MICHAEL B ADLIN

**Defendant**
**Name:** Vosk International Co.
**Correspondence:** MICHAEL G ATKINS
ATKINS INTELLECTUAL PROPERTY PLLC
93 SOUTH JACKSON STREET #18483
SEATTLE, WA 98104-2818
UNITED STATES
mike@atkinsip.com
**Serial #:** 78485896   **Application File**
**Application Status:** Opposition Pending
**Mark:** DIOWEC DUSHESSE

**Plaintiff**
**Name:** ZAO "Gruppa Predprinyatij OST" and ZAO "OST-AQUA"
**Correspondence:** MARIA ELISEEVA
HOUSTON EILSEEVA LLP
4 MILITIA DRIVE, SUITE 4
LEXINGTON, MA 02421
UNITED STATES
maria.eliseeva@ghme.com, cccalcagno@gmail.com

**Prosecution History**

| #  | Date       | History Text | Due Date |
|----|------------|--------------|----------|
| 98 | 09/09/2011 | APPEAL TO DISTRICT COURT | |
| 97 | 09/09/2011 | CHANGE OF CORRESPONDENCE ADDRESS | |
| 96 | 09/09/2011 | D'S CHANGE OF CORRESPONDENCE ADDRESS | |
| 95 | 08/17/2011 | PL'S RETURNED MAIL | |
| 94 | 08/09/2011 | BOARD'S DECISION: SUSTAINED | |
| 93 | 11/04/2010 | ORAL HEARING APPEARANCE RECORD | |
| 92 | 10/19/2010 | ORAL HEARING SCHEDULED | |
| 91 | 03/16/2010 | D'S REPLY IN SUPPORT OF MOTION | |
| 90 | 03/15/2010 | D'S MOTION TO STRIKE DENIED/D'S MOTION FOR SANCTION DEFERRED/P'S MOTION FOR EXTENSION GRANTED/D'S MO | |
| 89 | 03/09/2010 | D'S MOTION TO DENY P'S REQUEST FOR AN ORAL HEARING | |
| 88 | 03/02/2010 | P'S OPPOSITION/RESPONSE TO MOTION | |
| 87 | 03/01/2010 | P'S REQUEST FOR ORAL HEARING | |
| 86 | 02/24/2010 | D'S OPPOSITION/RESPONSE TO MOTION | |
| 85 | 02/24/2010 | D'S MOTION TO STRIKE | |
| 84 | 02/22/2010 | P'S REBUTTAL BRIEF | |

Exhibit A - 1