The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VOSK INTERNATIONAL CO., | No. 11-1488 RSL |
| Plaintiff, | [PROPOSED] ORDER GRANTING VOSK'S MOTION FOR ENTRY OF DEFAULT |
| vs. | |
| ZAO GRUPPA PREDPRIYATIJ OST and ZAO OST AQUA, | |
| Defendants. | |

Plaintiff Vosk International Co. ("Vosk") moved the Court under Local Rule 55(a) for entry of default against defendants Zao Gruppa Predpriyatij Ost and Zao Ost Aqua ("Defendants").

Having considered Vosk's motion, the Court Finds and Orders as follows:

1. Vosk noted its motion in accordance with Local Rule 7(d)(1).

2. Vosk's complaint against Defendants (Ct. Dkt. 1) seeks affirmative relief.

3. Vosk served Defendants in accordance with Federal Rule of Civil Procedure 4, in accordance with the Court's Order granting it leave to serve Defendants by alternative means (Ct. Dkt. 10).

4. Despite being served, Defendants have failed to appear, plead, or otherwise defend themselves in this case.

[PROPOSED] ORDER GRANTING
VOSK'S MOTION FOR ENTRY OF
DEFAULT -- 1
No. 11-1488 RSL

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701

5. The time for Defendants to appear, plead, or otherwise defend themselves expired on November 10.

6. Given these facts, Vosk's motion is granted.

7. Default is entered against Defendants.

DATED this _____ day of November, 2011.

_____
CLERK OF COURT
UNITED STATES DISTRICT COURT

Presented by:

ATKINS INTELLECTUAL PROPERTY, PLLC

By /s/ Michael G. Atkins
Michael G. Atkins
WSBA# 26026
Atkins Intellectual Property, PLLC
93 South Jackson Street #18483
Seattle, WA 98104-2818
T (206) 628-0983/F (206) 299-3701
E-mail: mike@atkinsip.com
Attorneys for Plaintiff Vosk International Co.

[PROPOSED] ORDER GRANTING VOSK'S MOTION FOR ENTRY OF DEFAULT -- 2

No. 11-1488 RSL

**ATKINS IP**
93 South Jackson Street #18483
Seattle, WA 98104-2818
(206) 628-0983/Fax: (206) 299-3701