AO-WAWD 440 (Rev. 3/10) Summons in a Civil Action (Page 2)

Civil Action No. 11-1488RSL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* __Zao OSt Aqua__
was received by me on *(date)* _____.

☐ I personally served the summons and complaint on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____, wh
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Pursuant to the Court's 10/14/11 Order, I effected alternative service on Zao Ost Aqua by serving via U.S. Mail the summons and Complaint (translated into Russian and English) to attorney Maria Eliseeva, Houston Eliseeva LLP, 420 Bedford St, Suite 155, Lexington, MA 02420, and Defendant in Russia at the address on the first page of this subpoena.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __10/17/11__            _____
                              Server's signature

                              Attorney for VOSK
                              Printed name and title

                              Atkins IP
                              93 S. Jackson St. #18483
                              Seattle, WA 98104-2818
                              Server's address

Additional information regarding attempted service, etc:

Exhibit A - 3

AO-WAWD 440 (Rev. 3/10) Summons in a Civil Action (Page 2)

Civil Action No. 11-1488RSL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* __Zao Gruppa Predpriyatij OST__
was received by me on *(date)* _____ .

☐ I personally served the summons and complaint on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons and complaint at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons and complaint on *(name of individual)* _____, wh
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Pursuant to the court's 10/14/11 Order, I effected alternative service on Zao Gruppa Predpriyatij OST by serving via U.S. Mail the summons and Complaint (translated into Russian and English) to attorney Maria Eliseeva, Houston Eliseeva LLP, 420 Bedford St., Suite 155, Lexington, MA 02420, and Defendant in Russia at the address on the first page of this subpoena.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: __10/17/11__

_____
Server's signature

Attorney for Vosk
Printed name and title

Atkins IP
93 S. Jackson St. # 18483
Seattle, WA 98104-2818
Server's address

Additional information regarding attempted service, etc:

Exhibit A - 4