11-CV-01488-ORD

HONORABLE ROBERT S. LASNIK

\_\_\_\_\_ FILED      \_\_\_\_\_ ENTERED
\_\_\_\_\_ LODGED    \_\_\_\_\_ RECEIVED

APR 04 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT C  WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

VOSK INTERNATIONAL CO.,

    Plaintiff,

vs.

ZAO GRUPPA PREDPRIYATIJ OST and ZAO OST AQUA,

    Defendants.

Case No.  2:11-cv-01488-RSL

**STIPULATION AND ORDER EXTENDING THE TIME IN WHICH TO ANSWER**

*Clerk's Action Required*
*Please present forthwith*

## STIPULATION

Plaintiff, Vosk International Co., and Defendants, Zao Gruppa Predpriyatij Ost and Zao Ost Aqua, through their undersigned counsel of record, hereby stipulate that Defendants shall have until May 1, 2012 in which to Answer, move or otherwise plead to Plaintiff's Complaint.

STIPULATION AND ORDER EXTENDING TIME
IN WHICH TO ANSWER
Case No. 2:11-cv-01488-RSL
Page 1 of 3

STRATTON LAW & MEDIATION P.S.
18826 ROBINWOOD ROAD SW
PO BOX 636, VASHON, WA 98070
TEL: (206) 682-1496 • FAX: (206) 260-3816

DATED: March 30, 2012

By: /s/ Michael G. Atkins
Michael G. Atkins, WSBA No. 26026
Atkins Intellectual Property, PLLC
93 South Jackson Street #18483
Seattle, WA 98104-2818
Ph: 206-628-0983
Fax: 206-299-3701
Email: mike@atkinsip.com

ATTORNEYS FOR PLAINTIFF

By: /s/ Rex B. Stratton
Rex B. Stratton, WSBA No. 1913
STRATTON LAW & MEDIATION P.S.
18826 Robinwood Road SW
P.O. Box 636, Vashon, WA 98070
Ph: 206-682-1496
Fax: 206-260-3816
Email: stratton@rbs-law.com

ATTORNEYS FOR DEFENDANTS

## ORDER

SO ORDERED.

DATED this 4th day of April, 2012.

_____
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER EXTENDING TIME
IN WHICH TO ANSWER
Case No. 2:11-cv-01488-RSL
Page 2 of 3

STRATTON LAW & MEDIATION P.S.
18826 ROBINWOOD ROAD SW
PO BOX 636, VASHON, WA 98070
TEL: (206) 682-1496 • FAX: (206) 260-3816